| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| WILLIAM THROWER, | § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION NO. 1:16-CV-299 |
| UNITED STATES OF AMERICA, | § § | |
| Defendant. | § § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

William Thrower filed the above-styled lawsuit. The court previously referred the case to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the Report and Recommendation, along with the record and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

**Signed this date**

**Apr 13, 2017**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE